UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLENE RENAE M., | ) | CASE NO. EDCV 19-539-AGR |
|         Plaintiff, | ) | |
| | ) | JUDGMENT |
|   vs. | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| | ) | |
|         Defendant. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed, and remanded for reconsideration of the Plaintiff's residual functional capacity assessment during the period beginning April 25, 2017.

DATED: November 9, 2020

ALICIA G. ROSENBERG
United States Magistrate Judge